**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01423-CR

### KEITH ALLEN WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-46409-H**

## ORDER

The Court **REINSTATES** the appeal.

On January 10, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On January 28, 2014, we received the clerk's record and on March 5, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the January 10, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/     LANA MYERS
        JUSTICE